# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Naamon Henry Brownlee, #658 ) | Civil No. 2:07-0539 DCN RSC |
| *aka Naamon H. Brownlee, #280217*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| Lt. Pressly; Mr. Bodiford, Administrator, ) | |
| Capt. Stowers; and James Dorriety, Director, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The above referenced case is before this court because of the plaintiff's failure to comply with the Magistrate Judge's order of March 16, 2007.

A review of the record indicates that the Magistrate Judge ordered the plaintiff to submit items needed to render this case into proper form within twenty (20) days, and that if he failed to do so, this case may be dismissed. The plaintiff has failed to respond to the Magistrate Judge's order.

Accordingly, the above-captioned case is **dismissed** without prejudice.[1]

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

Charleston, South Carolina
April 11, 2007

---

[1] Unless the United States District Judge so specifies in his or her order, a dismissal of a case for not being in proper form will not count as a "strike" for purposes of the "three strikes" provision of 28 U.S.C. § 1915(g).